*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RICKY SMITH                                                                                    PLAINTIFF

vs.                                    CASE NO. 5:04cv00100 JMM

INSLEY'S INC.                                                                                  DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray, the Court finds that this case should be dismissed. The jury trial scheduled March 30, 2009, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The Court will also resolve any outstanding attorney's fees issue.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE