IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY SMITH                                                                                     PLAINTIFF

Vs.                              CASE 5:04cv00100 JMM

INSLEY'S INC.                                                                                   DEFENDANT

## ORDER

The Court having determined an expedited transcript of the terms of the settlement is necessary in the instant case, the Clerk is ordered to issue a check to On the Record Reporting & Transcription, Inc. in the amount of $37.80.

The Clerk is requested to provide a copy of this to the Financial Section of the Clerk's office.

IT IS SO ORDERED this 12th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE