IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY SMITH**                                                                               **PLAINTIFF**

VS.                          **CASE NO. 5:04CV0100**

**INSLEY'S INC. a/k/a Jimmy's Wrecker
Service, a/k/a Insley's Towing; and
CORRECTIONAL MEDICAL SERVICES,INC.**              **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for reconsideration of the Order dismissing this case based upon settlement. (Docket # 194). The Court has reviewed the transcript of the Settlement Conference which was held before United States Magistrate Judge J. Thomas Ray on March 26, 2009. The issues about which Plaintiff complains were discussed during the settlement conference and Plaintiff acknowledged on the record that he agreed to all the terms and conditions of the settlement. Accordingly, Plaintiff's motion for reconsideration is DENIED. The settlement agreement will be enforced. Plaintiff's claims remain dismissed with prejudice.

IT IS SO ORDERED this 14th day of May, 2009.

_____
James M. Moody
United States District Judge