IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY SMITH**                                                                                      **PLAINTIFF**

VS.                                           CASE NO. 5:04CV0100

**INSLEY'S INC. a/k/a Jimmy's Wrecker**
**Service, a/k/a Insley's Towing; and**
**CORRECTIONAL MEDICAL SERVICES,INC.**                         **DEFENDANTS**

## ORDER

Pending is Plaintiff's second motion for reconsideration of the Order dismissing this case based upon settlement. (Docket # 199). The Court previously reviewed the transcript of the Settlement Conference which was held before United States Magistrate Judge J. Thomas Ray on March 26, 2009 and denied Plaintiff's first motion for reconsideration, docket # 197.

Plaintiff's second motion for reconsideration is denied. Defendant Insley's is directed to disburse the settlement proceeds of $2,250.00 as discussed and agreed upon in the settlement conference. The settlement agreement reached in the conference will be enforced. All claims against Defendant Insley's are released and this case is dismissed with prejudice.

Plaintiff's attorney, Morris Thompson is directed to file a motion for attorneys fees and costs as discussed in the settlement conference within 20 days of the entry of this order.

The clerk is directed to provide a copy of this order to Mr. Ricky Smith, ADC # 133989, P.O. Box 1630, Malvern, AR 72104, and change the Court records to reflect this address.

IT IS SO ORDERED this 16th day of June, 2009.

_____
James M. Moody
United States District Judge