IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY SMITH**                                                              **PLAINTIFF**

VS.                              CASE NO. 5:04CV0100

**INSLEY'S INC. a/k/a Jimmy's Wrecker**
**Service, a/k/a Insley's Towing**                                    **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for reconsideration. (Docket # 210). Plaintiff asks the Court to reconsider the costs awarded in the Court's Order dated August 31, 2009. Although it is within the court's discretion to tax the costs of taking depositions and for copying expenses, it is this Court's policy to disallow these costs as incidental to the preparation of the case for trial. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED this 14th day of September, 2009.

_____
James M. Moody
United States District Judge